IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | **8:26CV66** |
| Plaintiff, | |
| vs. | **ORDER ON REQUEST FOR ORAL ARGUMENT** |
| RETSEL CORPORATION, d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, | |
| Defendant. | |

This case is before the Court on Plaintiff's Motion Seeking Oral Argument on Its Motion for Summary Judgment and Proposed Intervenors' Motion to Intervene. Filing 43. Plaintiff asserts that the issues in Plaintiff's Motion for Summary Judgment, Filing 10, Proposed Intervenors' Motion to Intervene, Filing 9, and Defendant's Motion to Dismiss or Transfer Venue, Filing 28, are interrelated and that all issues before the Court can be promptly ruled upon as a matter of law without any further discovery or hearings after the close of briefing on all motions. Filing 43 at 1. Plaintiff asserts that oral argument will assist the Court because the procedural complexities of the filings must be contrasted with the simple relief that Plaintiff seeks in its Motion for Summary Judgment. Filing 43 at 2.

The applicable local rule states, "In general the court does not allow oral argument or evidentiary hearings on motions." NECivR 7.1(e). The Court is not convinced that an exception is necessary in this case, so it will not hold the requested oral argument on dispositive motions. However, the Court leaves to United States Magistrate Judge Jacqueline M. DeLuca's discretion whether or not to set oral argument on the Motion to Intervene assigned to her.

Accordingly,

1

IT IS ORDERED that Plaintiff's Motion Seeking Oral Argument on Its Motion for Summary Judgment and Proposed Intervenors' Motion to Intervene, Filing 43, is denied as to oral argument on the Plaintiff's Motion for Summary Judgment, Filing 10, Defendant's Motion to Dismiss or Transfer, Filing 28, and Defendant's Rule 56(d) Motion, Filing 30. Judge DeLuca shall determine in her discretion whether to hear oral argument on the Motion to Intervene, Filing 9, assigned to her.

Dated this 11th day of May, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge