# EXHIBIT "A"



**Reply To**
ERIC A. FITZGERALD
Direct Dial: (484) 406-4334
eric.fitzgerald@mgclaw.com

February 12, 2026

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED,
REGULAR MAIL AND EMAIL**

Retsel Corporation
1721 N. LaCrosse Street
Rapid City, SD  57701

**VIA EMAIL ONLY**

Chad Uhre      chaduhre@yahoo.com
Joshua Uhre    joshuhre@gmail.com
Nicholas Uhre  nickuhre@gmail.com
Leslie Sherry  Lesliesherry@yahoo.com

> RE:    Insured:           Retsel Corporation
>        Claim Number:      0-13748
>        Policy No(s).:     EPL1007914N
>        Policy Period:     10/28/2021 to 10/28/2022

Dear Retsel Corporation and Chad Uhre:

Per our prior letters, the undersigned are coverage counsel for United States Liability Insurance Company ("USLI") in the above-referenced matter.

I have written to you several times regarding Retsel's obligation to cooperate with its retained defense counsel with regard to the defense of the <u>NDN Collective</u> litigation.   As you are aware, USLI has only agreed to provide a defense to you for the claims against Retsel by NDN. USLI takes no position and your attorneys retained by USLI do not represent Retsel or Nick Uhre for the counterclaims asserted against NDN.

I have also written previously with regard to the mortgage foreclosure proceedings against Retsel.  This is a separate action which was never tendered to USLI.  Regardless, the USLI policy does not insure Retsel for any of the allegations or remedies sought in the mortgage foreclosure action, which is entitled <u>First Interstate Bank v Retsel Corporation, et. al.</u>, and filed in the State of South Dakota County of Pennington, Seventh Judicial Circuit, at docket no 51CIV25-000261   ("the   First

**McANGUS GOUDELOCK & COURIE LLC**

2000 MARKET STREET, SUITE 2850
PHILADELPHIA, PA 19103
**ALL MAIL TO:** POST OFFICE BOX 12519
COLUMBIA, SC 29211

484.406.4200 PHONE
215.501.5374 FAX
WWW.MGCLAW.COM

Chad Uhre
February 12, 2026
Page 2

Interstate Bank action"). I discussed coverage for the mortgage foreclosure action with your prior counsel, Rob Meadors, Esquire and USLI has expressly disclaimed coverage for this action. **Neither USLI, nor your defense attorneys, have any obligation to defend or otherwise represent Retsel with regard to any relief sought by any party in the <u>First Interstate Bank</u> action, including efforts by any party in that action to enforce any judgments against any party.**

I am in receipt of your recent communications to USLI regarding execution of judgments in the <u>First Interstate Bank</u> action. You are free to discuss these proceedings with your personal attorney, John Pierce, Esq., though USLI will not reimburse his fees and expenses with regard to this action. You are also free to discuss your concerns about the defense of the <u>NDN Collective</u> Action Motion for Attorneys fees with your personal counsel. USLI will reimburse your personal counsel's reasonable fees for his consultation with you, USLI and your defense attorneys with regard to the Motion for Attorneys' fees.

We encourage you to limit your communications to your personal counsel, John Pierce, Esq. If Attorney Pierce has any specific concerns about the defense of the Attorneys' Fees motion, we will discuss them with him. However, your current defense counsel has taken all appropriate and necessary measures to protect the interests of Retsel in the <u>NDN</u> litigation against Retsel.

The USLI policy issued to Retsel provides, in pertinent part:

VII. DEFENSE AND SETTLEMENT

      C.      The Company, as it deems expedient, has the right to investigate, adjust, defend, appeal and, with the consent of the Insured, negotiate the settlement of any Claim whether within or above the Retention.

      .     .     .

      D.      The Insured agrees to cooperate with the Company on all Claims, and provide such assistance and information as the Company may reasonably request . . . The Insured further agrees not to take any action which may increase the Insured's or the Company's exposure for Loss and/or Defense Costs.

**Your continued communications with USLI and your defense counsel regarding the Attorney's Fees motion and the Foreclosure Action are presently increasing the Company's exposure for Defense Costs, and potentially for Loss. Retsel's conduct is presently prejudicing USLI's defense of the Attorney's Fees action and USLI reserves the right to disclaim coverage and withdraw from the defense of Retsel based upon its failure to cooperate and its breach of the policy conditions.**

Chad Uhre
February 12, 2026
Page 3


All further communications should be directed to your personal counsel who will be compensated as set forth herein. Please refrain from any further interference with your defense counsel's representation of Retsel. Any further interference with the defense of Retsel will continue to constitute a breach of the policy conditions and will continue to prejudice USLI and your defense attorneys.

Thank you for your prompt attention to these matters and your cooperation as required by the terms and conditions of the USLI policy.

Sincerely,

Eric A. Fitzgerald, Esq.


cc:
Via Email Only
John Pierce, Esq.