## John Pierce

| | |
|---|---|
| **From:** | Eric Fitzgerald <Eric.Fitzgerald@mgclaw.com> |
| **Sent:** | Wednesday, April 15, 2026 9:07 AM |
| **To:** | John Pierce |
| **Cc:** | Jeffrey Kuykendal; Bonnie M. Boryca; Roger Roots |
| **Subject:** | RE: 20610.24043 – Retsel Corp (NDN Collective) (Claim No.: 0-13748) |

Got it.   I have authority from our client to give you an additional 10 days if you need it.   Let us know.

Eric

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Tuesday, April 14, 2026 3:39 PM
**To:** Eric Fitzgerald <Eric.Fitzgerald@mgclaw.com>
**Cc:** Jeffrey Kuykendal <jeffrey.kuykendal@mgclaw.com>; Bonnie M. Boryca <boryca@eslaw.com>; Roger Roots <roger@rootsjustice.com>
**Subject:** RE: 20610.24043 – Retsel Corp (NDN Collective) (Claim No.: 0-13748)

Thanks Eric. Actually Roger cannot help us so I am going to have to get admitted myself. My understanding is that is pretty quick/easy in this district so I am going to try and put that in today, but I might need to ask for another few days or week or two depending on how long clerk says it will take. Will try to revert with specifics on that today. And thanks for the heads up regarding the docket. Yes I see what you are referring to in terms of additional activity.

**From:** Eric Fitzgerald <Eric.Fitzgerald@mgclaw.com>
**Sent:** Tuesday, April 14, 2026 12:08 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Jeffrey Kuykendal <jeffrey.kuykendal@mgclaw.com>; Bonnie M. Boryca <boryca@eslaw.com>; Roger Roots <roger@rootsjustice.com>
**Subject:** RE: 20610.24043 – Retsel Corp (NDN Collective) (Claim No.: 0-13748)

Thanks John, the stipulation looks fine to me.  By copy to Bonnie, does the Court require a motion to approve?  If so, can you prepare and file with the stipulation?

John, I encourage you and Roger to take a look at the docket in the meantime.  We've had a number of filings since service of the Complaint due to the Plaintiff's moving to Intervene in the DJ.

Eric

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Monday, April 13, 2026 10:32 AM
**To:** Eric Fitzgerald <Eric.Fitzgerald@mgclaw.com>
**Cc:** Jeffrey Kuykendal <jeffrey.kuykendal@mgclaw.com>; Bonnie M. Boryca <boryca@eslaw.com>; Roger Roots <roger@rootsjustice.com>
**Subject:** RE: 20610.24043 – Retsel Corp (NDN Collective) (Claim No.: 0-13748)

Hi Eric I am copying our local counsel we just retained Roger Roots. I believe we were supposed to file a stipulation regarding the extension. Sorry for the delay I have been swamped. Here is a draft stipulation I think it just needs to be formatted and Roger's info needs to be added in.

Thank you,
John

---

**From:** Eric Fitzgerald <Eric.Fitzgerald@mgclaw.com>
**Sent:** Saturday, March 14, 2026 7:53 AM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Jeffrey Kuykendal <jeffrey.kuykendal@mgclaw.com>; Bonnie M. Boryca <boryca@eslaw.com>
**Subject:** Re: 20610.24043 – Retsel Corp (NDN Collective) (Claim No.: 0-13748)

Hi John, sorry for the delay - we had to speak with our client. Yes, we can provide a 30 day extension for your time to respond to April 15.

By copy to Bonnie, do we need to file a stipulation or motion?

Eric
Sent from my iPhone

 

**Eric Fitzgerald**
*CPCU, CLU*
Eric.Fitzgerald@mgclaw.com

2000 Market Street, Suite 2850, Philadelphia, PA  19103
**Mail:** PO Box 12519, Columbia, SC 29211-2519
**Main:** 484-406-4200 | **Direct:** 484-406-4334 | **Fax:** 215-501-5374
**VCARD**

  



This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication. Please consider the environment before printing this email.

On Mar 13, 2026, at 6:01 PM, John Pierce <jpierce@johnpiercelaw.com> wrote:

Hi Jeff. Thanks for your message and the e-mail. I have discussed this with my clients. They respectfully decline your stay proposal. So we will be planning to file a responsive pleading and litigating the case. I do need to find local counsel in Nebraska which will take me a bit

[https://image-processing-service.us-
1.mimecastcybergraph.com/v2/banners?e=SLfh6wsJu68smt7QmaFRTYBjfvjDITKg9L_bvZUwF7spFsmbf
1FkdiYgYm7t6Lqfrow0bF2O5R6Qhbmc7CLa7hTylf9kzb3pw5eJ-VmHuR-
TS_Qdpjm8eNFzqu61OI7jFTl8nAcyBRGnkqnZYm0f124EcA0BaPP-WhfgwjW0Lvif-
hjZDw9YfHNCH6GzykcLlPpMw8p0m9nsnJd5zFaDR-KeuPxCavicTdTFdlw-
hrOa0AOYTUXcCgnayLEN3Ebxegqn6tyroPUcCC4230rkf3kRR4iMtJFBOIHCtFobZEL0QAEXa0cFB-
z7osGyeZfpQ4BPp69I16qGvr3KZv1riaMvI8VKtoUiYufWqK3FlhwjY4mm0mrfTAX8hZ_XJLS9-

VwsPFO1flyUjWydbvR5A6UI697X7ckp7LzCymzmNVMlpW0Oi3OlP44ZzY5euUb_zIl_atqkn79Yjy582g==]<
CGBANNERINDICATOR

Hi Jeff. Thanks for your message and the e-mail. I have discussed this with my clients. They respectfully decline your stay proposal. So we will be planning to file a responsive pleading and litigating the case. I do need to find local counsel in Nebraska which will take me a bit of time and we will need some additional time to work up our responsive pleading. I believe I saw on a prior email thread that as of now the responsive pleading would be due on 3/16. Will you agree to the professional courtesy of giving us an additional 30 days to 4/15? I will be sure to reciprocate throughout the life of the case.

Thank you very much,
John

From: Jeffrey Kuykendal <jeffrey.kuykendal@mgclaw.com>
Sent: Friday, March 13, 2026 10:54 AM
To: John Pierce <jpierce@johnpiercelaw.com>
Cc: Eric Fitzgerald <Eric.Fitzgerald@mgclaw.com>
Subject: 20610.24043 – Retsel Corp (NDN Collective) (Claim No.: 0-13748)

John,

I am working with Eric Fitzgerald on the above matter. I just left you a voicemail.

As you know, Eric sent the attached letter on February 20, 2026 laying out conditions to enter a stay of the pending declaratory judgment action. He followed up with you on February 26 and you responded on March 9, indicating you would respond as soon as possible.

We have not heard from you. Accordingly, unless your clients accept all of the terms as laid out in the attached letter by the end of the day today (Friday, March 13), USLI will proceed with a dispositive motion early next week.

We look forward to hearing from you soon.

[image001.png]<https://us.content.exclaimer.net/?url=http%3A%2F%2Fwww.mgclaw.com%2F&tenantid=yQuKZjPSEe-G1GBFvdVZ2w&templateid=39f6a158ecdfef1188f800224826ac6c&excomponentid=Q6pWuuYvBCgy4sxqeenwRrK5T7LnCZ8ZSr56e7MAogI&excomponenttype=Image&signature=ZqOEWgEWb1u0_SJF_mHTCIc506_rlF4mwADODBsiofuwiUz8NppnY5AwBrtQL33ZYUIMfU6GOvWJe-x4MibklSL6F45otmBK6Fp4NUNPezz8EQqwOoN6TEnoptSwVU9uglp5XqyoNz9mCBxrnu5TnHV9DMkxxU6WDGn1yZ7Ss-ww1xmFh-5zMihm4Cm49AOnuuBdBnWfT38i4tXYD1dmgrvyYzz5uf879onT9k_3wE_KQ74MtNx9ycgsUTF9qUwwnRKRwOaXXFTgS3qaojGQcRETLEZGW3vWbJIcTe5iGiHsbrGQ6sCZ42s31aBZIV72fKazwy_dqNhcNMncgC2fUQ&v=1&imprintMessageId=f808034d-fbbc-4c36-89fc-77b6b051603c>

[image002.png]<https://us.content.exclaimer.net/?url=https%3A%2F%2Fwww.linkedin.com%2Fcompany%2Fmcangus-goudelock-%26-courie&tenantid=yQuKZjPSEe-

G1GBFvdVZ2w&templateid=39f6a158ecdfef1188f800224826ac6c&excomponentid=EKSWSOgRz78U0jE6ypOQAABgrBodg4H8dZRRZqCKMJ4&excomponenttype=Image&signature=L7bICZw0xN18F27w3oSTTniaUQRg9wWb37T23VL7xe5FvoHjY-Ul8WMOnXxx_11IB20j4pD9REjqsUwaMP_cm3rE7Bek6K3wzATfqnj0eZ6rdhn_P9tSeVD5S5YgeEiGMNaVsLoxb7Tlc_HbFZ2CCxj1VxGKAq_u_PIKKFBB5vFCC4i3GsRMjkK1ymtp4OvkhLo_CLhCYvkJ8kf22yUBOEPvk5HX3wqr5lO1DrV9isDWkcYsC9Y32nnhMfhCVt3pJt1WVjEm1sdwOr1Zq5JHDx6pkPmPJvmoVitNQeerqnPBmKeJn0tRXb9tLCMuadvgR_gQT3A82XM_XMRnYFLn4A&v=1&imprintMessageId=f808034d-fbbc-4c36-89fc-77b6b051603c>

[image003.png]<https://us.content.exclaimer.net/?url=https%3A%2F%2Fwww.instagram.com%2Fmgclaw%2F&tenantid=yQuKZjPSEe-G1GBFvdVZ2w&templateid=39f6a158ecdfef1188f800224826ac6c&excomponentid=bzNentA5L8UzK0nGHJ-_axQpOqjwZF570yU41xzAloU&excomponenttype=Image&signature=U9w2l_oYQgjz6dCs8bVrZK0pcLqfXzREsf61_qQfdFW-CSfNzVOhkdxoyRbqAI-umSgQ5yGjlqIwMsbtgjZYPfbjGZO2sa5Jvz1S9-XQckduarm7IdwGq1R-QqAWKKyCvxeiwu6HVMYSqON3B5P2joKFKf31V5vHkoz4-Nd1k3DzBFgsrf3da8Otroz_s8kbVS1iDsc7IczjfcHySmX_AaROHPlXet7Q6QnzIOFlUskke9PLxuG4AOJJhocbuq9fFJCufCFyyvVb_bAz3nJOnBJbrU2Pkwsi0Ks3miYIegXwZenexmgfeWZF0F5cScwa-RCac6utIv9occeIgDtWow&v=1&imprintMessageId=f808034d-fbbc-4c36-89fc-77b6b051603c>

[image004.png]<https://us.content.exclaimer.net/?url=https%3A%2F%2Fwww.facebook.com%2FMGCLaw%2F&tenantid=yQuKZjPSEe-G1GBFvdVZ2w&templateid=39f6a158ecdfef1188f800224826ac6c&excomponentid=Q0-RACdvieBdXfzfhV6fXHElbOxxoMcXvB1V0n5K6CM&excomponenttype=Image&signature=IQanHMzv607KdbuG8eHU7BQB1PbOl10W602YF2tG0HFIfTB_DlaRU02--CX9GeFqUjjHtZgoMqogBK7JtrLGbvSyvEYezYuJE2u8ThyP9VAvvqeRSPzVVgcwUGusjCFhBguQ-_jGWYVTdfNsphWkwJIxfn86N27gm4BQqbqvmqHUtN-4QC9L65cDn-lFv-lT8ui3Rc8uGiyVK7eO8g1qjGxM2jxPccpxvH-eg9_FwHv8qMuKrh_QMv6_V4YP37z0XheKpL57A8GV1lQNMqbc_Io99c1ND5RCmxl1riryKiczStf3uAE6cC8buy6aZ6qpPjflAyaKzwV_8zeR_s-aVw&v=1&imprintMessageId=f808034d-fbbc-4c36-89fc-77b6b051603c>

Jeffrey Kuykendal

Attorney

jeffrey.kuykendal@mgclaw.com<mailto:jeffrey.kuykendal@mgclaw.com>

4

[image005.png]

6302 Fairview Road Ste 700,

Charlotte,

NC

28210-2267

Mail: PO Box 30307, Charlotte, NC 28230-0307

Main: 704-643-6303 |

Direct: 704-405-4575<tel:704-405-4575> |

Fax: 704-643-2376<fax:704-643-2376>

VCARD<https://us.content.exclaimer.net/?url=http%3A%2F%2Fwww.mgclaw.com%2Fwp-content%2Fuploads%2F2014%2F01%2FJeffreyKuykendal.vcf%2522%253EVCARD%253C%2Fa%253E%26nbsp%3B%257C%26nbsp%3B%253Ca%2520style%3D%2522color%3Agray%3Btext-decoration%3Anone%3B%2522%2520href%3D%2522http%3A%2F%2Fwww.mgclaw.com%2Fattorney%2Fjeffrey-kuykendal%2F&tenantid=yQuKZjPSEe-G1GBFvdVZ2w&templateid=39f6a158ecdfef1188f800224826ac6c&excomponentid=2_re19OkDAoB8X_DX6AlVOEBkbljGgUJd5j9EVLWJ8A&excomponenttype=Link&signature=clMBghLrPiPriSO0PTojMOXCxGZQ4C5_THgVJjB0H3cHXXp9VA_vwabTQfiWjW_i6T-ZKBUgZWFfvf9_PiYD9wjIXkiJxtF2nGmP6c3HTsGdg_OON797yAP3J5bKS_H9Fg4wF_FzrO0YPKjhWLghLeSo_g6bll-Fd8qU6KdG3DsBBqb08Qtk-w9dniuN_aBqG2lEnGfw3kwZ_nqL_aowXSkIbFJVaxjLa7BkobXVEh6fmoGACRAh5oofW_fdsaqh0yWD0Zp7UMYk6gRtUNxt8NHDCWFDT8KFeEchD6LBIPRULtz7mCXZa4VgiSYs6rdCmh4Knix30ixVhfnFN9rRvg&v=1&imprintMessageId=f808034d-fbbc-4c36-89fc-77b6b051603c>

[image006.png]

This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication. Please consider the environment before printing this email.